1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CONNOR A. DAVIS,

11           Plaintiff,                    No. CIV S-11-2745 GGH P

12       vs.

13   COLUSA COUNTY COURT
     SYSTEM, et al.
14           Defendants.                   ORDER[1]

15   _____/

16           By order filed February 7, 2012, plaintiff's complaint was dismissed with leave to

17   file an amended complaint within twenty-eight (28) days.  The twenty-eight period has now

18   expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's

19   order.

20           Although it appears from the file that plaintiff's copy of the order was returned,

21   plaintiff was properly served.[2]  It is the plaintiff's responsibility to keep the court apprised of his

22   current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record

23   _____

24       [1] Plaintiff, who is the only party appearing in this action, consented to the jurisdiction of
     the undersigned on October 25, 2011.  See Doc. No. 11.

25       [2] The Court has additionally received correspondence from the Office of the Sheriff,
     Colusa County, reporting that plaintiff was released to the custody of Napa State Hospital on
26   January 26, 2012.  See Doc. No. 23.

                                          1

1   address of the party is fully effective.

2          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

3   prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

4   DATED:   May 2, 2012

5                                              /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

6

7

8   ggh:rb
    davi2745.fta.nca
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2