IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNOR A. DAVIS,

     Plaintiff,                   No. CIV S-11-2745 GGH P

    vs.

COLUSA COUNTY COURT SYSTEM, et al.

     Defendants.           ORDER[1]

_____/

        By order filed February 7, 2012, plaintiff's complaint was dismissed with leave to file an amended complaint within twenty-eight (28) days. The twenty-eight period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.[2] It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record

---

[1] Plaintiff, who is the only party appearing in this action, consented to the jurisdiction of the undersigned on October 25, 2011. See Doc. No. 11.

[2] The Court has additionally received correspondence from the Office of the Sheriff, Colusa County, reporting that plaintiff was released to the custody of Napa State Hospital on January 26, 2012. See Doc. No. 23.

1

address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: May 2, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh:rb
davi2745.fta.nca